UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MARK D. GROVE

    Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

MARK D. GROVE

    Respondent(s)

CHAPTER 13

CASE NO: 1-14-03847-MDF

## CERTIFICATION OF DEFAULT

AND NOW on July 20, 2016, comes Charles J DeHart, III, Standing Chapter 13 Trustee and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- make the regular monthly payments to the trustee during the remaining term of the plan.

As of July 20, 2016, the Debtor(s) is/are $13913.10 in arrears with a plan payment having last been made on Jan 15, 2016.

In accordance with said stipulation, the case may be dismissed upon certification of the Trustee without further notice or hearing.

Respectfully Submitted,
/s/ Liz Joyce
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: July 20, 2016

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MARK D. GROVE

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
Movant

CHAPTER 13

MARK D. GROVE

CASE NO: 1-14-03847-MDF

Respondent(s)

### CERTIFICATE OF SERVICE

I hereby certify that the Debtor and his/her counsel, have been served a copy of this Certification of Default by First Class Mail, unless served electronically, at the below address on July 20, 2016.

PAUL W McELRATH, JR, ESQUIRE
PROFESSIONAL OFFICE BUILDING
432 BOULEVARD OF ALLIES
PITTSBURGH, PA 15219-

MARK D. GROVE
4241 WELLS VALLEY ROAD
WATERFALL, PA 16689

RESPECTFULLY SUBMITTED,

/s/ Liz Joyce
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: July 20, 2016