```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
In re:                                                              Case No. 14-03847-MDF
Mark D. Grove                                                       Chapter 13
       Debtor                   CERTIFICATE OF NOTICE

District/off: 0314-1          User: CKovach              Page 1 of 2           Date Rcvd: Jul 22, 2016
                              Form ID: pdf010            Total Noticed: 28
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 24, 2016.
```
db             +Mark D. Grove,    4241 Wells Valley Road,    Waterfall, PA 16689-8705
cr             +Deutsche Bank National Trust Company,    Stern & Eisenberg, PC,    1581 Main Street,   Suite 200,
                 Warrington, Pa 18976-3400
cr             +LVNV Funding, LLC,    c/o Joann Needleman,    One Commerce Sq.,    2005 Market Street, Suite 1000,
                 Philadelphia, PA 19103-7031,    UNITED STATES
4641108        +1661 Worthington Road, Suite 100,     West Palm Beach, FL 33409-6493
4533681        +Beneficial/Hfc,    Po Box 9068,   Brandon, FL 33509-9068
4533682       ++CAPITAL ONE,    PO BOX 30285,   SALT LAKE CITY UT 84130-0285
               (address filed with court: Cap One,     Po Box 85520,    Richmond, VA 23285)
4550103         Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
4533683        +Community State Bank,    Po Box 8,    Orbisonia, PA 17243-0008
4533684        +Eos Cca,   300 Canal View Blvd Ste,     Rochester, NY 14623-2811
4533685         FCI Lender Services, Inc.,    PO Box 273370,    Anaheim, CA 92809
4544368        +Joshua I. Goldman, Esquire,    KML Law Group, PC,    701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
4544372        +Ocwen Loan Servicing,    12650 Ingenuity Dr,    Orlando, FL 32826-2703
4533692        +Ocwen Loan Servicing L,    12650 Ingenuity Dr,    Orlando, FL 32826-2703
4647589        +Ocwen Loan Servicing, LLC,    Attn: Bankruptcy Department,    PO Box 24605,
                 West Palm Beach, FL 33416-4605
4588240        +PONTUS INVESTMENT PORTFOLIO III, LLC,     F.C.I.,    8180 East Kaiser Blvd,
                 Anaheim Hills, CA 92808-2277
4544374        +Stern & Eisenberg, PC,    1581 Main Street, Suite 200,    The Shops of Valley Square,
                 Warrington, PA 18976-3400
4533693        +Wf Crd Svc,    3201 N 4th Ave,   Sioux Falls, SD 57104-0700
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4544362        +E-mail/Text: mrdiscen@discover.com Jul 22 2016 19:13:58      Discover,    PO Box 3025,
                 New Albany, OH 43054-3025
4541106         E-mail/Text: mrdiscen@discover.com Jul 22 2016 19:13:58      Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
4533688         E-mail/Text: cio.bncmail@irs.gov Jul 22 2016 19:14:00      Internal Revenue Service,
                 P.O. Box 21125,    Philadelphia, PA 19114
4539124         E-mail/PDF: resurgentbknotifications@resurgent.com Jul 22 2016 19:10:47
                 LVNV Funding, LLC its successors and assigns as,     assignee of Springleaf Financial,
                 Services Of Indiana, Inc.,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
4539125         E-mail/PDF: resurgentbknotifications@resurgent.com Jul 22 2016 19:10:52
                 LVNV Funding, LLC its successors and assigns as,     assignee of North Star Capital,
                 Acquisition LLC,    Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
4533689        +E-mail/Text: ebn@ltdfin.com Jul 22 2016 19:14:02      Ltd Financial Svcs Lp,
                 7322 Southwest Fwy Ste 1,    Houston, TX 77074-2010
4533690        +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 22 2016 19:10:56      Lvnv Funding Llc,
                 Po Box 10497,    Greenville, SC 29603-0497
4533691        +E-mail/Text: bankruptcydpt@mcmcg.com Jul 22 2016 19:14:07      Midland Funding,
                 8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
4644035        +Fax: 407-737-5634 Jul 22 2016 19:21:43      Ocwen Loan Servicing, LLC,    1661 Worthington Road,
                 Suite 100,    West Palm Beach, FL 33409-6493
4547150         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 22 2016 19:14:06
                 Pennsylvania Department of Revenue,    Bankruptcy division, P O Box 280946,
                 Harrisburg P A 17128-0946
4597411         E-mail/PDF: rmscedi@recoverycorp.com Jul 22 2016 19:10:55
                 Recovery Management Systems Corporation,     25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                              TOTAL: 11

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4544359*       +Beneficial/Hfc,    Po Box 9068,   Brandon, FL 33509-9068
4544360*      ++CAPITAL ONE,    PO BOX 30285,   SALT LAKE CITY UT 84130-0285
               (address filed with court: Cap One,     Po Box 85520,    Richmond, VA 23285)
4544361*       +Community State Bank,    Po Box 8,    Orbisonia, PA 17243-0008
4544363*       +Eos Cca,   300 Canal View Blvd Ste,     Rochester, NY 14623-2811
4544364*        FCI Lender Services, Inc.,    PO Box 273370,    Anaheim, CA 92809
4544367*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
               (address filed with court: Internal Revenue Service,     P.O. Box 21125,
                 Philadelphia, PA 19114)
4533687*       +Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
4544366*       +Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
4533686*       +Internal Revenue Service,    William S. Moorehead Federal Buildi,    1000 Liberty Avenue Room 727,
                 Pittsburgh, PA 15222-4107
4544365*       +Internal Revenue Service,    William S. Moorehead Federal Buildi,    1000 Liberty Avenue Room 727,
                 Pittsburgh, PA 15222-4107
4544369*       +Ltd Financial Svcs Lp,    7322 Southwest Fwy Ste 1,    Houston, TX 77074-2010
4544370*       +Lvnv Funding Llc,    Po Box 10497,    Greenville, SC 29603-0497
```

```
District/off: 0314-1           User: CKovach            Page 2 of 2           Date Rcvd: Jul 22, 2016
                               Form ID: pdf010          Total Noticed: 28

          ***** BYPASSED RECIPIENTS (continued) *****
4544371*       +Midland Funding,    8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
4544375*       +Wf Crd Svc,    3201 N 4th Ave,    Sioux Falls, SD 57104-0700
4544373      ##+Pontus Investment Portfolio lll, LL,    7825 Fay Avenue,    Suite 360,    La Jolla, CA 92037-4252
                                                                               TOTALS: 0, * 14, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 24, 2016                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 22, 2016 at the address(es) listed below:
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Jerome B Blank    on behalf of Creditor    Deutsche Bank National Trust Company, et. al.
               pamb@fedphe.com
              Joann Needleman    on behalf of Creditor    LVNV Funding, LLC jneedleman@clarkhill.com,
               jgrabowski@clarkhill.com
              Joshua I Goldman    on behalf of Creditor    PONTUS INVESTMENT PORTFOLIO III, LLC
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              Leslie J Rase    on behalf of Creditor    Deutsche Bank National Trust Company pabk@logs.com,
               lerase@logs.com
              Nicole Bernadette LaBletta    on behalf of Creditor    Deutsche Bank National Trust Company, as
               Trustee for Ameriquest Mortgage Securities Inc., Asset-Backed Pass-Through Certificates, Series
               2004-R10 nlabletta@udren.com, vbarber@udren.com
              Paul W McElrath, Jr.    on behalf of Debtor Mark D. Grove ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Recovery Management Systems Corporation    claims@recoverycorp.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William Edward Miller    on behalf of Creditor    Deutsche Bank National Trust Company
               wmiller@sterneisenberg.com, nmiller@sterneisenberg.com
              William Edward Miller    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee
               for Ameriquest Mortgage Securities Inc., Asset-Backed Pass-Through Certificates, Series 2004-R10
               wmiller@sterneisenberg.com, nmiller@sterneisenberg.com
                                                                                             TOTAL: 11
```

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

**MARK D. GROVE**
       Debtor(s)

**CHARLES J DEHART, III, CHAPTER 13 TRUSTEE**
       Movant(s)
vs.

**MARK D GROVE**
       Respondent(s)

Chapter: 13

Case Number: 1-14-bk-03847-MDF

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss case for material default and it having been determined that this case should be dismissed, it is

**ORDERED** that the above-named case of the debtor(s) be and it hereby is dismissed.

By the Court,

*Mary D France*
Chief Bankruptcy Judge
(JK)

Dated: July 22, 2016

MDPA-Dismiss Case.WPT - REV 01/15